Sheila R. Schwager, WSB # 55769
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617

Telephone: 208.344.6000
Facsimile: 208.388.5261
E-Mail: sschwager@hawleytroxell.com

Attorneys for Mountain West Bank,
a Division of Glacier Bank

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

In Re:

James A. McCarter,

            Debtor.

Case No. 22-00599

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Mountain West Bank, a Division of Glacier Bank, appears in this case by and through its attorneys of record, Sheila R. Schwager and Hawley Troxell Ennis & Hawley LLP.

YOU ARE REQUESTED to serve all notices, pleadings and papers including the notices required to be sent to creditors and any creditors committee under FRBP 2002, 4001 and 9007, on the undersigned at the address listed below. This request includes not only the notices and papers referred to in FRBP 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

Case No.: 22-00599
NOTICE OF APPEARANCE - 1 -

HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
208.344.6000
45940.0063.14904974.1

22-00599-FPC7    Doc 11    Filed 07/13/22    Entered 07/13/22 12:41:00    Pg 1 of 3

informal which affect or seek to affect the Debtor, the estate or the property of the Debtor or the estate.

Hawley Troxell Ennis & Hawley LLP requests the Clerk of the Court add the following address to the master mailing list in this case:

>Sheila R. Schwager
>HAWLEY TROXELL ENNIS & HAWLEY LLP
>877 Main Street, Suite 1000
>P.O. Box 1617
>Boise, ID 83701-1617

This request shall be deemed to be a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED July 13, 2022

_____
Sheila R. Schwager, WSBA No. 55769
HAWLEY TROXELL ENNIS & HAWLEY LLP
Attorneys for Mountain West Bank, a Division of Glacier Bank

Case No.: 22-00599
NOTICE OF APPEARANCE - 2 -

HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
208.344.6000
45940.0063.14904974.1

22-00599-FPC7   Doc 11   Filed 07/13/22   Entered 07/13/22 12:41:00   Pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

- Kevin O'Rourke – kevin@southwellorourke.com
- John D. Munding – john@mundinglaw.com
- US Trustee – USTP.REGION18.SP.ECF@usdoj.gov
- Synchrony Bank – Claims_RMSC@PRAGroup.com

DATED July 13, 2022

_/s/ Kim R. Schwartz_

Case No.: 22-00599
NOTICE OF APPEARANCE - 3 -

HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
208.344.6000
45940.0063.14904974.1